

January 7, 2020

David A. O'Toole, Clerk of the Court
Sam B. Hall Jr. Federal Building and United States Courthouse
100 E. Houston Street, Room 125
Marshall, Texas 75670

      RE:    Case No. 2:19-cv-00296-JRG; *Anita Jorge, Individually & on Behalf of Others Similarly Situated v. Atlantic Housing Foundation, Inc. and Michael Nguyen;* In the United States District Court, Eastern District of Texas – Marshall Division

Dear Mr. O'Toole:

    This office has been given notice of the above-referenced proceeding involving a charitable trust pursuant to Chapter 123 of the Texas Property Code. The Attorney General is a proper party to such action and may intervene on behalf of the public's interest in charity. I am currently reviewing the documents provided in the proceeding to determine if Attorney General participation is warranted.

    Please provide reasonable notice of any hearings that are or may be scheduled in this matter and contact me if there is any particular need for an expedited decision on the part of the Attorney General.

    Please add the undersigned to distribution and certificate of service lists.


Sincerely,

*/s/ Cathleen M. Day*_____
Cathleen M. Day
Assistant Attorney General
State Bar No. 24105783
Financial Litigation and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-9507 - Direct Line
(512) 477-2348 - Fax
cathleen.day@oag.texas.gov


CMD/did

David A. O'Toole
Case No. 2:19-cv-296-JRG
January 7, 2020
Page **2** of **2**

  cc:    Dorotha M. Ocker                John B. Brown
        OCKER LAW FIRM, PLLC      Jamie B. Ashton
        P.O. Box 192                      OGLETREE, DEAKINS, NASH, SMOAKE &
        Addison, TX 75001            STEWART, P.C.
        dmo@ockerlawfirm.com     8117 Preston, Rd., Ste. 500
                                          Dallas, TX 75225
                                          john.brown@ogletreedeakins.com
                                          jamie.ashton@ogletreedeakins.com