IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANITA JORGE, TRINA BARRY, and BETHELLINE SCHAEFER, individually and on behalf of others similarly situated, <br>   Plaintiffs, <br><br> V. <br><br> ATLANTIC HOUSING FOUNDATION, INC. and MICHAEL NGUYEN, <br>   Defendants. | § § § § § § § § § § § § | Civil Cause No. 3:20-CV-2782-N |

**ORDER**

In response to the Unopposed Motion for Approval of Settlement (the "Motion") (Dkt. 101) filed by Plaintiff Anita Jorge ("Plaintiff Jorge") a the Court ordered the submission of the proposed settlement agreement (the "Settlement Agreement") under seal. The Court reviewed the Motion and the Settlement Agreement.

Following review of the record and review of the proposed Settlement Agreement, the Court recommends that the Unopposed Motion for Approval of Settlement (Dkt. 101) be **GRANTED**, the proposed Settlement Agreement be **APPROVED,** and Plaintiff Anita Jorge's claim against Defendants for retaliation be **DISMISSED WITH PREJUDICE**.

SIGNED September 11, 2020.

_____
**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**