

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

September 17, 2020

Karen Mitchell, Clerk of the Court
United States District Court
Dallas Division
1100 Commerce Street
Dallas, Texas  75242

      RE:   Case No. 3:20-cv-02782-N; *Anita Jorge, et al. v. Atlantic Housing Foundation, Inc. and Michael Nguyen;* In the United States District Court, Northern District of Texas –Dallas Division

Dear Ms. Mitchell:

    This office has been given notice of the above-referenced proceeding involving a charitable trust pursuant to Chapter 123 of the Texas Property Code.  The Attorney General is a proper party to such action and may intervene on behalf of the public's interest in charity.  I am currently reviewing the documents provided in the proceeding to determine if Attorney General participation is warranted.

    Please provide reasonable notice of any hearings that are or may be scheduled in this matter and contact me if there is any particular need for an expedited decision on the part of the Attorney General.

    Please add the undersigned to distribution and certificate of service lists.

Sincerely,

*/s/ Cathleen M. Day*
Cathleen M. Day
Assistant Attorney General
State Bar No. 24105783
Financial Litigation and Charitable Trusts Division
P.O. Box 12548
Austin, Texas  78711-2548
(512) 463-9507 - Direct Line
(512) 477-2348 - Fax
cathleen.day@oag.texas.gov
**On Behalf of the Public Interest in Charity**

Karen Mitchell
Case No. 32209-cv-02782-N
September 17, 2020
Page **2** of **2**

CMD/did

| | | |
|---|---|---|
| cc: | Andrew Lin<br>Crystal Nhi Le<br>PLATT CHEEMA RICHMOND, PLLC<br>1201 N. Riverfront Blvd., Ste. 150<br>Dallas, TX 75207<br>alin@pcrform.com<br>cle@pcrform,com<br><br>Dorotha Michelle Ocker<br>OCKER LAW FIRM<br>P.O. Box 192<br>Addison, TX 78001<br>dmo@ockerlawfirm.com<br><br>Matthew J. Schroeder<br>AKERMAN, LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Matt.schroeder@akerman.com | Charles Arthur Bennett<br>CHARLES BENNETT LAW, PLLC<br>12770 Coit Re., Ste. 720<br>Dallas, TX 75150<br>cbennett@bennettinjurylaw.com<br><br>Richard D. Faulkner<br>BLUME FAULKNER & SKEEN, PLLC<br>111 W. Spring Valley Rd., Ste. 250<br>Richardson TX 75081<br>fraulkner@bfsnlaw.com<br><br>John B. Brown<br>Jamie Brod Ashton<br>Michael R. Buchanan<br>OGLETREE DEAKINS NASH SMOAK &<br>STEWART, P.C.<br>8117 Preston Rd., Ste. 500<br>Dallas, TX 75225<br>john.brown@ogletreedeakins.com<br>jamie.ashton@ogletreedeakins.com<br>mike.buchanan@ogletreedeakins.com |