**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ANITA JORGE, BETHELLINE SCHAEFER, TRINA BARRY,** individually and on behalf of others similarly situated, | § § § § § | |
| **Plaintiffs,** | § § | **Civil Action No. 3:20-cv-02782-N** |
| v. | § § § | |
| **ATLANTIC HOUSING FOUNDATION, INC. and MICHAEL NGUYEN,** | § § § | |
| **Defendants.** | § § | |

### SECOND AGREED ORDER EXTENDING REMAINING DEADLINES

Before the Court is the Second Joint Motion to Extend Remaining Deadlines in the September 29, 2020 Memorandum Opinion ("Motion"), filed by Plaintiffs Anita Jorge, Bethelline Schaefer, *et al.* ("Plaintiffs"), and Defendants Atlantic Housing Foundation, Inc. and Michael Nguyen ("Defendants") (collectively, the "Parties"). Having considered the Motion and the pleadings on file in this case, the Court is of the opinion that good cause has been shown and the Motion should be GRANTED.

Accordingly, it is ORDERED as follows:

a. The Parties may conduct class certification and merits-based discovery until December 17, 2021.

b. Defendants may file a motion for decertification on or before January 17, 2022.

SIGNED this 13th day of October, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/Crystal Nhi Le
Crystal Nhi Le
Texas Bar No. 24075505
cle@pcrfirm.com
Hillary Kramer Lynch
Texas Bar No. 24055800
hlynch@pcrfirm.com
Andrew Lin
Texas Bar No. 24092702
alin@pcrfirm.com

**PLATT CHEEMA RICHMOND, PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas75207
Telephone: 214-559-2700
Facsimile: 214-559-4390

**ATTORNEYS FOR PLAINTIFFS**

/s/Andrew M. Gould
Andrew M. Gould
Texas Bar No. 00792541
andrew.gould@wickphillips.com
Molly M. Jones
Texas Bar No. 24100271
molly.jones@wickphillips.com
Dana M. Hilzendager
Texas Bar No. 24106099
dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: 214-692-6200
Facsimile: 214-692-6255

**ATTORNEYS FOR DEFENDANTS**

SECOND AGREED ORDER EXTENDING REMAINING DEADLINES – Page 2