IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANITA JORGE, BETHELLINE SCHAEFER, TRINA BARRY, individually and on behalf of others similarly situated, | § § § § § | |
| Plaintiffs, | § | Civil Action No. 3:20-cv-02782-N |
| v. | § § § | |
| ATLANTIC HOUSING FOUNDATION, INC. and MICHAEL NGUYEN, | § § § § | |
| Defendants. | § | |

**AGREED ORDER ON REASONABLE ATTORNEYS' FEES FOR PLAINTIFFS' FAILURE TO RESPOND TO DEFENDANTS' SECOND INTERROGATORIES**

The Court has considered the Joint Report Dated April 22, 2022, and hereby accepts the Parties' agreement and so orders such payment per the terms of the Joint Report.

If Plaintiffs' counsel fails to deliver the check to Defendants' counsel by May 31, 2022 at 12:00 p.m., Defendants shall immediately inform the Court, and the Court will promptly order Plaintiffs' counsel to appear and show cause as to why they should not be held in contempt.

**SO ORDERED.**

SIGNED this  25th  day of  April , 2022.

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

AGREED ORDER – Page 1

**AGREED:**

*/s/ Crystal Nhi Le*
Crystal Nhi Le
Texas Bar No. 24075505
cle@pcrfirm.com
Hillary Kramer Lynch
Texas Bar No. 24055800
hlynch@pcrfirm.com
Andrew E. Lin
Texas State Bar No. 24092702
alin@pcrfirm.com

**PLATT CHEEMA RICHMOND, PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
Telephone: 214-559-2700
Facsimile: 214-559-4390

**ATTORNEYS FOR PLAINTIFFS**

*/s/Andrew M. Gould*
Andrew M. Gould
Texas Bar No. 00792541
andrew.gould@wickphillips.com
Molly M. Jones
Texas Bar No. 24100271
molly.jones@wickphillips.com
Dana M. Hilzendager
Texas Bar No. 24106099
dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: 214-692-6200
Facsimile: 214-692-6255

**ATTORNEYS FOR DEFENDANTS**