IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANITA JORGE, BETHELLINE SCHAEFER, TRINA BARRY, Individually and on behalf of others similarly situated, | § § § § § | |
| Plaintiffs, | § | Civil Action No. 3:20-cv-02782-N |
| v. | § § § | |
| ATLANTIC HOUSING FOUNDATION, INC. and MICHAEL NGUYEN, | § § § § | |
| Defendants. | § § | |

**APPENDIX REGARDING REPLY IN SUPPORT OF
DEFENDANTS' REQUEST FOR RULE 37(a)(5)(A) EXPENSES RELATED TO
THEIR MOTION TO COMPEL**

Pursuant to Local Rule 7.1, Defendants Atlantic Housing Foundation, Inc. and Michael Nguyen ("Defendants") file this Appendix regarding Defendants' Reply in support of their request for Rule 37(a)(5)(A) expenses related to their Motion to Compel, which contains the following:

| Exhibit | Description | Page Numbers |
|:---:|---|:---:|
| A | Declaration of Molly Jones | APP. 001-004 |
| A-1 | Defendants' Summary of Attorneys' Fees | APP. 005-007 |

1

Dated: May 23, 2022                                  Respectfully submitted,

/s/Andrew M. Gould
Andrew M. Gould
Texas Bar No. 00792541
andrew.gould@wickphillips.com
Molly M. Jones
Texas Bar No. 24100271
molly.jones@wickphillips.com
Dana M. Hilzendager
Texas Bar No. 24106099
dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: 214-692-6200
Facsimile: 214-692-6255

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

On May 23, 2022, a true and correct copy of the foregoing instrument was filed with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that the document was served on all counsel and/or *pro se* parties of record by a manner authorized by the Federal Rules of Civil Procedure 5(b)(2).

/s/Andrew M. Gould
Andrew M. Gould

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANITA JORGE, BETHELLINE SCHAEFER, TRINA BARRY, Individually and on behalf of others similarly situated, § § § § § § | |
| Plaintiffs, § | Civil Action No. 3:20-cv-02782-N |
| v. § § § | |
| ATLANTIC HOUSING FOUNDATION, INC. and MICHAEL NGUYEN, § § § § | |
| Defendants. § | |

### DECLARATION OF MOLLY M. JONES

I, Molly M. Jones, hereby declare and state as follows:

1. My name is Molly M. Jones. I am over the age of twenty-one. The testimony in this Declaration, unless otherwise stated, is based on my personal knowledge, and the facts stated herein are true and correct. I understand the nature of this oath, and I am competent to testify to the matters stated in this Declaration.

2. I am a partner with Wick Phillips Gould & Martin, LLP ("Wick Phillips"), and have been an attorney at the firm since November 2015. Along with Andrew Gould and Dana Hilzendager, I am representing Atlantic Housing Foundation, Inc. ("AHF") and Michael Nguyen (collectively, "Defendants") in the above-captioned lawsuit.

3. I am an attorney at law duly admitted and licensed to practice before this Court and the courts of the State of Texas and have been so licensed since May 2016. I am also admitted and licensed to practice before the courts of the State of Georgia and have been so licensed since January 2010. In addition, I am licensed to practice in the United States Courts of

Appeals for the Eleventh and Fourth Circuits; the United States District Courts for the Eastern and Western Districts of Texas; the United States District Court for the Northern District of Georgia; and the United States District Court for the Northern District of Florida.

4. I have been practicing law for more than 12 years and have extensive experience in handling all aspects of employment litigation, including cases involving wage and hour issues certified as a collective action under the Fair Labor Standards Act ("FLSA"). My billing rate for this matter is a reduced rate of $470.00 per hour.

5. Andrew Gould is a partner at Wick Phillips and has been since 2004. He has practiced law for 28 years and is licensed to practice in the States of Texas and New York. He is certified by the Texas Board of Legal Specialization in labor and employment law and has been since 2003. Mr. Gould's billing rate for this matter is a reduced rate of $540 per hour.

6. Dana Hilzendager is an associate at Wick Phillips and has been since 2019. She has been licensed to practice law in the State of Texas since 2017. Ms. Hilzendager's billing rate for this matter is a reduced rate of $365 per hour.

7. I personally performed legal services, and supervised Ms. Hilzendager, on behalf of Defendants, in the work related to the Motion to Compel, for Sanctions, and for Attorneys' Fees [ECF No. 172], the Brief in Support [ECF No. 173], the Appendix in Support [ECF No. 174], and the Reply in Support [ECF No. 188] (collectively, the "MTC"), along with the Reply in Support of Defendants' Request for Expenses Related to Their Motion to Compel, this Declaration, and the attached exhibit (collectively, the "Reply").

8. Ms. Hilzendager and I (having lower billing rates than Mr. Gould) have been primarily responsible for evaluating all of Plaintiffs' various discovery responses, conferring with Plaintiffs' counsel at various times regarding discovery, analyzing Plaintiffs' filings with

the Court in connection with the MTC, and conducting research and drafting the MTC and Reply. Mr. Gould helped to coordinate overall strategy and provided some limited drafting assistance. Ms. Hilzendager had responsibility for gathering and analyzing the more than 25 sets of Plaintiffs' discovery responses and conferring with Plaintiffs' counsel on various issues.

9. In total, I spent 22.3 hours on work associated with the MTC and the Reply, which included drafting, reviewing communications with Plaintiffs' counsel, legal research, and reviewing Ms. Hilzendager's work.

10. Ms. Hilzendager spent 41.8 hours drafting, conducting legal research, communicating with Plaintiffs' counsel, and reviewing and evaluating Plaintiffs' discovery responses. This amount of time is reasonable given the sheer number of Plaintiffs' discovery deficiencies and the piecemeal nature by which Plaintiffs' counsel served the information and documents, which made it difficult to decipher whether their obligations had been fulfilled. Further, Plaintiffs have yet to fully comply with the Order, and Ms. Hilzendager, Mr. Gould, and I are continuing to devote time to evaluate and review Plaintiffs' deficient discovery and demand compliance.

11. Mr. Gould spent 10.9 hours reviewing our work and assisting with the overall strategy involved with issues concerning Plaintiffs' discovery deficiencies, the MTC, and the Reply.

12. Attached hereto as Exhibit A-1 is a true and correct copy of a spreadsheet containing the data from the invoices for this matter reflecting the entries relevant to the MTC and the Reply, including this Declaration. I have carefully reviewed all billing entries, and I certify that the work reflected in the spreadsheet was actually performed. Time billed to this matter relating to issues other than the MTC and the Reply have been excluded, as have

seemingly duplicative time entries for tasks related to the MTC and the Reply. Time spent on internal discussions regarding strategy and on performance of administrative matters (such as filing documents with the Court) also have been excluded. Further reductions have been included for certain tasks to ensure reasonableness (compare the total 96.5 in the "Billed Hours" column with the 75 "Hours Related to Motion to Compel" column in Ex. A-1). As such, I believe the billing entries listed in the invoices constitute reasonable expenses related to the MTC.

13. The total amount of reasonable attorneys' fees incurred by Defendants relating to the MTC and the Reply is $27,924.00. This amount excludes the $3,700.00 that the Parties agreed Plaintiffs' counsel will pay Defendants as Rule 37(d) sanctions related only to Plaintiffs' failure to respond to Defendants' Second Set of Interrogatories, as required by ECF No. 190 and approved by ECF No. 192.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2022.  _____
                            Molly Jones

| Matter Name | Date | Timekeeper | Billed Hours | Billed Rate | Narrative | Hours Related to Motion to Compel | Reduced Total |
|---|---|---|---|---|---|---|---|
| Jorge, et al. Litigation | 02/02/2022 | AMG | 1.00 | 540.00 | Pursue strategy re. Plaintiffs' failure to timely respond to admissions and rogs, and re. Plaintiffs' production and whether additional documents are owed. | 0.80 | $432.00 |
| Jorge, et al. Litigation | 02/04/2022 | DMH | 2.10 | 365.00 | Conference with opposing counsel regarding discovery responses, document production, verifications, and depositions; draft correspondence to opposing counsel regarding summary of same; [REDACTED] | 1.10 | $401.50 |
| Jorge, et al. Litigation | 02/11/2022 | DMH | 0.60 | 365.00 | [REDACTED]; pursue strategy regarding motion to compel outstanding discovery from Plaintiffs. | 0.30 | $109.50 |
| Jorge, et al. Litigation | 02/11/2022 | MMJ | 4.90 | 470.00 | [REDACTED] ; begin drafting motion to compel and for sanctions. | 2.00 | $940.00 |
| Jorge, et al. Litigation | 02/14/2022 | MMJ | 4.60 | 470.00 | Review correspondence with plaintiffs' counsel, plaintiffs' discovery responses, and certain deposition transcripts; beging drafting motion to compel and for sanctions and conduct research re. same. | 4.00 | $1,880.00 |
| Jorge, et al. Litigation | 02/15/2022 | DMH | 1.40 | 365.00 | Review and apply revisions to Defendants' Motion to Compel and for Sanctions; review new interrogatories and requests for production served by Plaintiffs; pursue strategy regarding impact of new discovery on Defendants' Motion to Compel. | 1.40 | $511.00 |
| Jorge, et al. Litigation | 02/15/2022 | MMJ | 3.70 | 470.00 | Complete draft of Motion to Compel and for sanctions and review documents re. same [REDACTED]; begin drafting declarations in support of same. | 3.20 | $1,504.00 |
| Jorge, et al. Litigation | 02/16/2022 | AMG | 1.50 | 540.00 | Review, provide edits to motion to compel, supporting brief, and supporting declarations. | 1.50 | $810.00 |
| Jorge, et al. Litigation | 02/16/2022 | DMH | 0.40 | 365.00 | Review and apply revisions to Declaration of Dana Hilzendager in support of Motion to Compel. | 0.40 | $146.00 |
| Jorge, et al. Litigation | 02/16/2022 | MMJ | 3.90 | 470.00 | Additional work on motion to compel, for sanctions, and for attorneys' fees; draft Jones declaration; draft Hilzendager declaration; begin draft of appendix and gather document; review and correct appendix; review and revise brief in support of motion and arrange filing of documents. | 3.90 | $1,833.00 |
| Jorge, et al. Litigation | 03/11/2022 | AMG | 0.80 | 540.00 | Pursue strategy re. Plaintiffs' response to m/compel; prepare/circulate communication re. same to clients. | 0.80 | $432.00 |
| Jorge, et al. Litigation | 03/11/2022 | DMH | 7.20 | 365.00 | [REDACT]; review and analyze Plaintiffs' Response to Defendants' Motion to Compel and pursue strategy regarding response to same (.6); review correspondence from opposing counsel regarding motion for leave to late file appendix (.2); review and analyze Plaintiffs' exhibits to their Response to Defendants' Motion to Compel and compare discovery responses to previously served discovery responses (.4). | 1.20 | $438.00 |
| Jorge, et al. Litigation | 03/14/2022 | DMH | 2.80 | 365.00 | Review and analyze Plaintiffs' Motion for Extension of Time to File Late Appendix in support of Response to Defendants' Motion to Compel; work on Response to same; review Plaintiffs' complete Appendix, including Declaration of Crystal Le; work on Reply in support of Motion to Compel. | 2.40 | $876.00 |
| Jorge, et al. Litigation | 03/21/2022 | DMH | 1.10 | 365.00 | [REDACTED]; work on draft of Reply in support of Defendants' Motion to Compel. | 0.50 | $182.50 |
| Jorge, et al. Litigation | 03/22/2022 | DMH | 3.00 | 365.00 | Work on draft of Reply in support of Defendants' Motion to Compel; evaluate relevant case law and rules of civil procedure for same; [REDACTED] | 2.00 | $730.00 |
| Jorge, et al. Litigation | 03/23/2022 | MMJ | 5.80 | 470.00 | [REDACTED]; review and revise Reply brief ISO Motion to Compel and draft chart of requests and responses; [REDACTED] | 4.00 | $1,880.00 |
| Jorge, et al. Litigation | 03/24/2022 | AMG | 1.00 | 540.00 | Work on latest turn of reply brief in support of motion to compel. | 1.00 | $540.00 |
| Jorge, et al. Litigation | 03/25/2022 | AMG | 0.30 | 540.00 | Pursue strategy re. finalizing reply brief in support of M/compel. | 0.30 | $162.00 |
| Jorge, et al. Litigation | 03/25/2022 | DMH | 2.10 | 365.00 | Review and apply revisions to Reply in support of Motion to Compel; conduct legal research for case citations relevant for same; finalize Reply for filing; send correspondence to client regarding [REDACTED]. | 2.10 | $766.50 |
| Jorge, et al. Litigation | 03/25/2022 | MMJ | 1.50 | 470.00 | Review, revise, and arrange filing of Reply ISO Motion to Compel; [REDACTED]. | 1.00 | $470.00 |
| Jorge, et al. Litigation | 04/11/2022 | DMH | 1.40 | 365.00 | Review and analyze Court's Order granting Motion to Compel, for Sanctions, and for Attorneys' Fees; prepare draft of correspondence regarding [REDACTED] | 1.40 | $511.00 |
| Jorge, et al. Litigation | 04/11/2022 | MMJ | 0.80 | 470.00 | Review Order on Motion to Compel and revise and send email to client re. [REDACTED]. | 0.60 | $282.00 |
| Jorge, et al. Litigation | 04/12/2022 | AMG | 0.40 | 540.00 | Review detailed email to client re. [REDACTED]; pursue strategy re. talks with opposing counsel re. MTC Order and upcoming Canzater deposition. | 0.40 | $216.00 |

| Matter | Date | Atty | Hours | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Jorge, et al. Litigation | 04/18/2022 | MMJ | 0.40 | 470.00 | Review RFA responses from plaintiffs and correspondence re. same; review additional correspondence from opposing counsel re. discovery. | 0.40 | $188.00 |
| Jorge, et al. Litigation | 04/19/2022 | DMH | 1.10 | 365.00 | Review correspondence from opposing counsel regarding discovery responses and other issues; pursue strategy regarding same; begin review of responses to Second Interrogatories. | 1.10 | $401.50 |
| Jorge, et al. Litigation | 04/19/2022 | MMJ | 1.20 | 470.00 | Review multiple correspondence from opposing counsel with discovery responses compelled by court order and correspondence with with opposing counsel and WP team re. same. | 0.90 | $423.00 |
| Jorge, et al. Litigation | 04/20/2022 | AMG | 0.30 | 540.00 | Pursue strategy re. upcoming conference with opposing counsel re. sanctions, calculation of fees owed in light of Judge Horan's ruling. | 0.30 | $162.00 |
| Jorge, et al. Litigation | 04/20/2022 | DMH | 2.90 | 365.00 | Review and analyze invoices for February and March and calculate reasonable attorneys' fees associated with seeking to compel responses to Interrogatories; confer with opposing counsel pursuant to Court Order regarding reasonable attorneys' fees associated with seeking to compel responses to Interrogatories; pursue strategy regarding response to opposing counsel's offer; review and analyze discovery responses received from opposing counsel and outline deficiencies with same. | 1.60 | $584.00 |
| Jorge, et al. Litigation | 04/20/2022 | MMJ | 0.50 | 470.00 | Review Plaintiffs' Initial Disclosures and pursue strategy re. attorneys' fees/sanctions re. motion to compel. | 0.50 | $235.00 |
| Jorge, et al. Litigation | 04/21/2022 | AMG | 1.00 | 540.00 | Pursue strategy re. complete universe of the latest discovery responses from Plaintiffs; review, revise circulate [REDACTED] | 1.00 | $540.00 |
| Jorge, et al. Litigation | 04/21/2022 | DMH | 2.00 | 365.00 | Correspond with opposing counsel regarding status report and attorneys' fees issue; pursue strategy regarding resolution of attorneys' fees issue; review and analyze additional discovery responses received from opposing counsel and update chart to reflect same; revise chart to include Plaintiffs' alleged damages calculations. | 1.70 | $620.50 |
| Jorge, et al. Litigation | 04/22/2022 | AMG | 0.60 | 540.00 | Pursue strategy re. Rule 37(d) sanctions award; review, revise joint report and proposed order re. same. | 0.60 | $324.00 |
| Jorge, et al. Litigation | 04/22/2022 | DMH | 2.20 | 365.00 | Correspond with opposing counsel regarding attorneys' fees issue; draft Joint Report reflecting results of conference with opposing counsel on attorneys' fees issue; draft proposed agreed order incorporating provisions of same; review and analyze additional discovery responses sent from opposing counsel and update chart to reflect same. | 2.20 | $803.00 |
| Jorge, et al. Litigation | 04/25/2022 | DMH | 1.10 | 365.00 | Correspond regarding upcoming client call [REDACTED]; review additional discovery responses sent from opposing counsel and identify issues in same; update deficiency chart. | 1.10 | $401.50 |
| Jorge, et al. Litigation | 04/29/2022 | AMG | 0.30 | 540.00 | Pursue strategy re. next steps re. deficiencies in Plaintiffs' discovery responses. | 0.30 | $162.00 |
| Jorge, et al. Litigation | 04/30/2022 | DMH | 0.20 | 365.00 | Draft correspondence to opposing counsel regarding meet and confer attempts. | 0.20 | $73.00 |
| Jorge, et al. Litigation | 05/02/2022 | DMH | 2.90 | 365.00 | Correspond with opposing counsel regarding meet and confer; prepare for meet and confer by reviewing discovery responses and identifying issues in same; conduct conference with opposing counsel regarding discovery deficiencies. | 2.90 | $1,058.50 |
| Jorge, et al. Litigation | 05/03/2022 | AMG | 0.40 | 540.00 | Pursue strategy re. addressing Plaintiffs' discovery deficiencies, and re. latest t/c with opposing counsel. | 0.40 | $216.00 |
| Jorge, et al. Litigation | 05/03/2022 | DMH | 1.00 | 365.00 | Work on letter to opposing counsel regarding summary of call to discuss discovery deficiencies; [REDACTED]. | 0.80 | $292.00 |
| Jorge, et al. Litigation | 05/04/2022 | DMH | 3.20 | 365.00 | [REDACTED]; work on letter summarizing Plaintiffs' discovery deficiencies and results of attorney conference on same. | 2.60 | $949.00 |
| Jorge, et al. Litigation | 05/05/2022 | DMH | 1.90 | 365.00 | Work on revisions to letter summarizing discovery deficiencies and results of conference with opposing counsel; pursue strategy regarding same; correspond with opposing counsel regarding letter. | 1.90 | $693.50 |
| Jorge, et al. Litigation | 05/06/2022 | DMH | 1.10 | 365.00 | Conference with opposing counsel regarding discovery issues; draft [REDACTED] to client. | 1.10 | $401.50 |
| Jorge, et al. Litigation | 05/09/2022 | DMH | 0.90 | 365.00 | Review and analyze Plaintiffs' Response to Defendants' Motion for Fees and Sanctions; pursue strategy regarding same; draft correspondence to client regarding [REDACTED]. | 0.90 | $328.50 |
| Jorge, et al. Litigation | 05/10/2022 | DMH | 0.30 | 365.00 | Pursue strategy regarding status update to client and collection of outstanding items from opposing counsel. | 0.30 | $109.50 |
| Jorge, et al. Litigation | 05/11/2022 | AMG | 0.30 | 540.00 | Review, evaluate latest disclosures from Plaintiffs; pursue strategy re. same. | 0.30 | $162.00 |
| Jorge, et al. Litigation | 05/11/2022 | DMH | 0.20 | 365.00 | Review correspondence from opposing counsel regarding discovery supplementation. | 0.20 | $73.00 |
| Jorge, et al. Litigation | 05/12/2022 | AMG | 1.20 | 540.00 | Work through evaluating/deciphering Plaintiff's latest disclosures re. alleged unpaid hours, damages; work on [REDACTED]. | 1.20 | $648.00 |

| Matter | Date | Timekeeper | Hours | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Jorge, et al. Litigation | 05/17/2022 | DMH | 1.90 | 365.00 | Continue review of recent discovery responses sent from Plaintiffs and documents produced by same; identify deficiencies in same; [REDACTED]. | 1.50 | $547.50 |
| Jorge, et al. Litigation | 05/20/2022 | DMH | 6.10 | 365.00 | Review Plaintiffs' Response to Defendants' Request for Reasonable Expenses and identify issues to address from same; work on Defendants' Reply in support of Request for Reasonable Expenses; evaluate legal and factual issues regarding burden to overcome mandatory reasonable expenses and standards for recovering attorneys' fees. | 6.10 | $2,226.50 |
| Jorge, et al. Litigation | 05/21/2022 | DMH | 1.70 | 365.00 | Continue work on Reply in support of Defendants' Request for Reasonable Expenses and reviewing standards for declarations in preparation for drafting same. | 1.30 | $474.50 |
| Jorge, et al. Litigation | 05/22/2022 | AMG | 2.00 | 540.00 | Work through response in opposition to Plaintiffs' filing contesting our Rule 37 motion for expenses/fees; pursue strategy re. declarations in support of same. | 1.20 | $648.00 |
| Jorge, et al. Litigation | 05/22/2022 | DMH | 1.50 | 365.00 | Review and apply revisions to Reply in support of Defendants' Request for Reasonable Expenses; draft the Declaration of Molly Jones in support of the Reply. | 1.50 | $547.50 |
| Jorge, et al. Litigation | 05/22/2022 | MMJ | 2.80 | 470.00 | [REDACTED]; review and revise reply ISO Defendants' request for expenses regarding the motion to compel and multiple correspondence re. same. | 1.80 | $846.00 |
| Jorge, et al. Litigation | 05/23/2022 | AMG | 1.00 | 540.00 | Pursue overall strategy re. latest Rule 37 filings (briefing, supporting declarations), and pursue various revisions to same. | 0.80 | $432.00 |
| **Total** | | | **96.50** | | | **75.00** | **$31,624.00** |
| | | | | | Less Rule 37(d) payment | | $3,700.00 |
| | | | | | TOTAL | | $27,924.00 |

3

**APP. 007**